1  Wesley C. Shelton (SBN 237521)
   wshelton@wilshirelawfirm.com
2  **WILSHIRE LAW FIRM**
   **A Professional Law Corporation**
3  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
4  Telephone:      (213) 381-9988

5  Attorneys for Plaintiff
   Maria Gomez
6

7  PAUL M. GLEASON (SBN: 155569)
   TOREY JOSEPH FAVAROTE (SBN: 198521)
8  **GLEASON & FAVAROTE, LLP**
   4014 Long Beach Blvd., Suite 300
9  Long Beach, California 90807
   Telephone:      (213) 452-0510
10 Facsimile:      (213) 452-0514
   pgleason@gleasonfavarote.com
11 tfavarote@gleasonfavarote.com

12 Attorneys for Defendant
   CUSHMAN & WAKEFIELD, LLC and PINNACLE
13 PROPERTY MANAGEMENT SERVICES, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CUSHMAN & WAKEFIELD, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC.; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01380-FSK-SHK<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br><br>Complaint Filed:　February 17, 2023<br>Trial Date:　　　Not Set |

Plaintiff Maria Gomez and Defendants Cushman & Wakefield, LLC; Pinnacle Property Management Services, LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs.

Dated: November 16, 2023

**WILSHIRE LAW FIRM PLC**

By: _____
Wesley Shelton
Attorney for Plaintiff
Maria Gomez

Dated:

**GLEASON & FAVAROTE, LLP**

By: _____
Torey Joseph Favarote
Attorney for Defendants
Cushman & Wakefield, LLC, Pinnacle Property Management Services, LLC

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:

                                                   Honorable Fred W. Slaugther
                                                   United States District Judge

**WILSHIRE LAW FIRM**
A Professional Law Corporation
Los Angeles, California